Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of California

_____San Diego_____ Division

**FILED**
Nov 06 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ ArminCortez    DEPUTY

Jayme Lee    )    Case No. **'25 CV 3030 TWR SBC**
            )        *(to be filled in by the Clerk's Office)*
            )
*Plaintiff(s)*    )    Jury Trial: *(check one)*  ✔ Yes  ☐ No
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

George and Lenore Pannel, James and Cindy Paxton,

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name:           Jayme Lee
Street Address: 9680 W Northern Ave 2204
City and County: Peoria
State and Zip Code: AZ 85345
Telephone Number: 623-889-4123
E-mail Address: emailjaymelee@gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: George and Lenore Pannel
- Job or Title (if known):
- Street Address: 3209 Cristobal Way
- City and County: Spring Valley
- State and Zip Code: CA 91977
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: James and Cindy Paxton
- Job or Title (if known):
- Street Address: 727 Mechem Drive
- City and County: Ruidoso
- State and Zip Code: NM 88345
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Ronnie Maskew
- Job or Title (if known):
- Street Address: 200 Horton Circle
- City and County: Ruidoso
- State and Zip Code: NM 88345
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Ray Eidson
- Job or Title (if known):
- Street Address: 110 Eagle Creek Cyn
- City and County: Ruidoso
- State and Zip Code: NM 88345
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Craig Baldridge
    Job or Title *(if known)*:
    Street Address: 905 W 17th Ln
    City and County: Portales
    State and Zip Code: New Mexico, 88130
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 2

    Name: Scott Sebastian
    Job or Title *(if known)*:
    Street Address: 609 Sunrise Dr.
    City and County: Kennendale
    State and Zip Code: Texas, 76060
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3

    Name: Michael Hufstedler
    Job or Title *(if known)*: New Mexico Board of Appraisers
    Street Address: 2055 Pacheco St Suite 400
    City and County: Santa Fe
    State and Zip Code: New Mexico, 87504
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4

    Name: Clint Russell
    Job or Title *(if known)*:
    Street Address: 17479 N 70th Lane
    City and County: Glendale
    State and Zip Code: Arizona, 85308
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Tish Cyrus Purcell
    Job or Title *(if known)*:
    Street Address: 9255 Sunset Blvd, Suite 800
    City and County: Los Angeles
    State and Zip Code: California 90069
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 2

    Name: Billy Ray Cyrus
    Job or Title *(if known)*:
    Street Address: 1791 Thompson's Station Rd W Thompson's Station
    City and County: Nashville
    State and Zip Code: TN 37179-9255
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3

    Name: Kris Jenner
    Job or Title *(if known)*: Jenner Communication
    Street Address: 9255 Sunset Blvd, 2nd Floor
    City and County: West Holleywood
    State and Zip Code: California 90069
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4

    Name: Caitlyn Jenner
    Job or Title *(if known)*: Caitlyn Jenner Foundation
    Street Address: 275 E Hillcrest Dr Ste 160 PMB 1
    City and County: Thousand Oaks
    State and Zip Code: California 91360
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Kim Kardashian |
| Job or Title *(if known)* | Kimasaprincess |
| Street Address | West Hollywood at 9255 Sunset Blvd, FL 2 |
| City and County | West Hollywood |
| State and Zip Code | California 90069 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Khloe Kardashian |
| Job or Title *(if known)* | KhloMoney Inc |
| Street Address | 9255 Sunset Blvd., Floor 2 |
| City and County | West Hollywood |
| State and Zip Code | California 90069. |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Kourtney Kardashian |
| Job or Title *(if known)* | Poosh |
| Street Address | 4389 Park Paloma |
| City and County | Calabasas |
| State and Zip Code | California 91302 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Paris Hitlon |
| Job or Title *(if known)* | |
| Street Address | 3340 Clerendon Rd |
| City and County | Beverly Hills |
| State and Zip Code | California 90210 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendants Addresses:**

George & Lenore Pannel- 3209 Cristobal Way, Spring Valley, CA 91977

James & Lucinda Paxton- 201 Homestead Circle, Ruidoso, NM 88345

Somer Paxton Yocom- 6901 Altamesa Boulevard, Fort Worth TX 76123

Suzanne & Vince Haddad- 4060 Timberline Dr, Happy Jack, AZ 86024

Tish Cyrus-Purcell- 9255 Sunset Blvd, Suite 800, Los Angeles CA 90069

Billy Ray Cyrus- 33 Music SQ W STE 102B, Nashville, TN 37202-6607

Dolly Parton- 111 E Main ST. 2nd Floor, Sevierville, TN 37862

Caitlyn Jenner- 275 E Hillcrest Dr Ste 160 PMB 1, Thousand Oaks, CA 91360

Kris Jenner- 9255 Sunset Blvd, 2nd Floor, West Holleywood, CA 90069

Kim Kardashian- West Hollywood at 9255 Sunset Blvd, FL 2, West Hollywood, CA 90069

Khloe Kardashian- 9255 Sunset Blvd., Floor 2, West Hollywood, CA 90069

Kourtney Kardashian- 4389 Park Paloma, Calabasas, CA` 91302

Scott Sebatian- 609 Sunrise Dr., Kennendale, TX, 76060

Clint Russell- 17479 N 70th Lane, Glendale, AZ 85308

Craig Baldridge- 905 W 17th Ln, Portales, NM 88130

Michael Hufstedler- 132 Altamira Dr. Alto, NM 88312

Michael Hufstedler Sr- 2055 Pacheco St. Suite 400, Santa Fe, NM 87504

Ronnie & Terri Hemphill- 528 N Hale Dr. Green Valley, Arizona, 85614

Patty Spurling- 105 Warren Tucker Dr.. Ruidoso, NM 88345

Karen & Ron Anderson- 1803 Hull Rd, Ruidoso, NM 88345

Ronnie Maskew- 200 Horton Circle, Ruidoso, NM 88345

Dr. Harvey Featherstone- MD 330 Smokey Bear Blvd Capital NM 88316

Gary Harmon- 1096 Mechem Dr. Suite 203 Ruidoso, NM 88345

Dr. Roger Beechie- 207 Sudderth Dr. Ruidoso, NM 88345

Dean Hood- 700 Mechem Dr. STE 13B, Ruidoso, NM 88345

Richard Hawthorne- 1221 Mechem Dr, Suite 2 Ruidoso NM 88345

Doug Hawthorne- 101 Birch Dr. Ruidoso, NM 88345

Nathan & Jessica Thomas- 1123 Mechem St. Suite 1 Ruidoso, NM 88345

Don and Cheri Russell- 1302 W Ajo Way #345 Tucson, AZ 85713

Dirk and Dahn Freed- 2002 Sudderth Drive. Ruidoso NM 88345

Rebecca Durham- 162 Robin Rd #105, Ruidoso, NM 88345

Ted Conley- 2874 Birdie Loop, Alamogordo, NM 88310

Kathy Hilton- 257 N Canon Dr #2, Beverly Hills, CA 90210

Paris Hilton- 250 N Canon Dr, Beverly Hills, CA 90210

Donald J Trump- 1600 Pennsylvania Ave. NW, Washington, DC 20500

Michael & Laurie Jedlowski- 5402 W Electra Ln, Glendale, A.Z. 85310

Ron Lewis- 10139 Stoneway Dr., El Paso, TX 79925

John Echols- 2841 Lago Vista Loop, Irving, TX 75062

Ray Eidson- 110 Eagle Creek Cyn, Ruidoso, NM 88345

Chloe Wierwille- 1323 Lake Street, Sandpoint, ID 83864

Rebecca Echols- 7021 Boreal Dr, Colorado Springs, CO 80915

Jason Edmister- 207 Willie Horton Drive, Ruidoso, NM 88345

Sandy Gladden- 1400 Sudderth Dr., Ruidoso, NM 88345

Eddie Parker- 333 White Mountain Meadows Drive, Ruidoso, NM 88345

Linda Swallander- 415 Snowcap Dr. Ruidoso, NM 88345

Andrew Vick- 3214 Avenida Del Alba #920099535, Carlsbad, CA

Celeste Ulberg Hansen- 4114 Napier St San Diego, CA 92110-3441

Amy & Tanner Tixier- 4016 Big Sky Dr, NE, Albuquerque, NM 87111

Hilton Hotels Enterprises- 7930 Jones Branch Drive, Suite 1100, McLean, VA 22102-3313

Ruidoso Downs Racetrack and Billy the Kid Casino- 26225 US-70, Ruidoso Downs NM 88346

Point Loma Nazarene University- 3900 Lomaland Dr., San Diego, CA 92106

Ruidoso Municipal School District- 1200 Sudderth Dr. Ruidoso, NM 88345

First Christian Church of Ruidoso- 1211 Hull Rd, Ruidoso, NM 88345

Ashley Furniture- 1670 E. 8th Avenue, Tampa, FL 33605

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
COMPLAINT FOR DAMAGES UNDER TVPRA 18 U.S.C. § 1590 / 18 U.S.C. § 1589 / 28 U.S.C. § 1333 / 18 U.S.C. §2339A and 2339B / 18 U.S.C. § 2 / 18 U.S.C. § 1503, § 1510, § 1512 / 18 U.S.C. § 1594(c) / 18 U.S.C. § 1071 / 18 U.S.C. § 1512(b), § 1513 / 18 U.S.C. § 4 / 18 U.S. Code § 2421 / 18 U.S. Code § 1956 / 18 U.S.C. § 1001/ 42 U.S. Code § 1983 / 28 U.S. Code § 1332 / 18 U.S.C. § 1595

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Jayme Lee, is a citizen of the State of *(name)* Arizona.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* George and Lenore Pannel, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff's maternal rights were taken from her for the last 32 years after she was sex trafficked as a minor and she was told she nevergave birth to her daughter. This constitudes cruel and unusual punishment under the law.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

see attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff respectfully requests that the amount and type of damages, including any actual, compensatory, and punitive damages, be determined by a jury after consideration of the evidence presented at trial. The Plaintiff seeks such relief as the Court and jury deem just and proper under the circumstances.

**III. Statement of Claim: Continued from Civil Complaint form**

**TVPRA 18 U.S.C. § 1590 / 18 U.S.C. § 1589 / 18 U.S.C. § 1595 / 28 U.S.C. § 1333 / 18 U.S.C. §2339A and 2339B / 18 U.S.C. § 2 / 18 U.S.C. § 1503, § 1510, § 1512 / 18 U.S.C. § 1594(c) / 18 U.S.C. § 1071 / 18 U.S. Code § 113 / 18 U.S.C. § 1512(b), § 1513 / 18 U.S.C. § 4 / 18 U.S. Code § 2421 / 18 U.S. Code § 1956 /18 U.S. Code §1592 / 18 U.S. Code §1592:** In 1983 Plaintiff was sex trafficked at age 3 by James and Lucinda Paxton. Her parents. They sold her to Ray Edison and he raped her on multiple occassions over the course of several years. In 1991 Plaintiff was raped by Donald J. Trump, Michael Hufstedler, and Jason Edmister, and several other men. The plaintiff was 11 years old. She became pregnant as a result of and asked Dolly Parton to adopt her daughter. Dolly said she'd be her godmother and suggested she ask Billy Ray Cyrus and Tish Cyrus under the condition that she be permitted to pick the name and be her babysitter. They agreed and then changed their minds after Miley was placed in their care and changed her name to Destiny Hope Montoya. The Plaintiff communicated the fact that she gave birth at 12 and wasn't being permitted visitation of her daughter to Caitlyn Jenner (Bruce at the time), Kris Jenner, Kim Kardashian, Khloe Kardashian, Kourtney Kardashian, Paris Hilton, Kathy Hilton, George and Lenore Pannel. The defendants chose to conspire to send the plaintiff back to her parents to be beaten, retraumatized and given amnesia repeatedly for the next several decades. Paris Hilton became friends with Plaintiff's birth daughter Miley, knowing Miley had possibly been conceived at the harem started by her family and the direct source of their financial stability.

**18 U.S.C. § 1113:** Kim Kardashian specifically wrecked the plaintiffs car and unbuckled her seatbelt in an effort to kill her because she had traded help with getting a lawyer for help with getting butt implants. Then after the implant surgery in San Carlos Mexico, Kim Kardashian, Kris Jenner and Kathy Hilton saw the Plaintiff as a threat for knowing Kim's implant secret, for seeing Bruce Jenner with breast implants in 1992, and because she was raped and sold at the Conrad Hilton Hotel and Harem, in San Antonio, New Mexico and Kathy Hilton didn't want the bad publicly of the harem connected to her and her daughters. Kathy Hilton suggested Kim push me off a cliff and Paris agreed right in front of Plaintiff. Kim Kardashian specifically knew that by wrecking Plaintiff's car, a call would be triggered to her parents, who had sex trafficked her for years. James Paxton, plaintiffs' own father, was raping her all throughout her childhood and Kim promised she would help. Instead, plaintiff was placed in an arranged marriage that began with rape by Clint Russell with the aide of James Paxton in 2002 who helped keep plaintiff sedated and beat her senseless when her memory triggered.

**18 U.S.C. § 1113:** Ronnie Maskew, Craig Baldridge, Clint Russell, Ray Eidson, Michael Hufstedler, Somer Yocom, Lucinda Paxton and James Paxton would torture and beat the Plaintiff to near death when her memory would trigger. They held her hostage and threatened her with death, the loss of her children, and threats of being locked up in a mental hospital for her knowledge of their crimes. Lucinda and Somer Paxton, Celeste Ulberg,Craig Baldridge, and Andrew Vick conspired to assist in the rape and assault of Plaintiff.

**10 U.S.C. § 920 Rape and Assault:** Ray Eidson, Michael Hufstedler, Donald J.Trump, James Paxton, and Jason Edmister raped Plaintiff when she was a minor. Clint Russell raped Plaintiff and held her hostage in a marriage for 15 years, bearing her senseless t o instigate amnesia every time she recalled the first rape in 2002 and Clint's parents Don and Cheri Russell helped him gaslight her and hid evidence of the abuse so her memory wouldn't trigger.

**18 U.S.C. § 1503, § 1510, § 1512 / 18 U.S.C. § : 2340A / 18 U.S.C. § 2 (Aiding and Abetting), § 3 (Accessory After the Fact) / 18 U.S.C. § 1594(c) 18 U.S.C. § 1512(b), § 1513:** The following Defendants conspired to coverup sex trafficking by gaslighting, retraumatizing by assisted in rape of Plaintiff, and intentionally inflicting torture up on the Plaintiff in order to cover up their knowledge of the birth of her daughter Miley at age 12: Somer Paxton Yocom, Lucinda and James Paxton, George and Lenore Pannel, Rebecca Durham, Dr. Roger Beechie, Dean Hood, Ronnie & Terri Hemphill, Richard and Doug Hawthorne, Don and Cheri Russell, Elizabeth and Doug Meyers, Gary Harmon, Suzanne & Vincent Haddad, Billy Cyrus, Tish Cyrus-Purcell, Kris Jenner, Caitlyn Jenner, Kim Kardashian, Khloe Kardashian, Kourtney Kardashian, Dolly Parton, Dean Hood, Celeste Ulberg Hanson, Scott Sebastian, Craig Baldridge, Nathan and Jessica Thomas Karen and Ron Anderson, Dahn and Dirk Freed, Sandy Gladden, Ron Lewis, Rebecca Durham conspired to gaslight, retraumatize, and assisted in rape of Plaintiff, and intentionally inflicted torture upon the Plaintiff in order to cover up their knowledge of the birth of her daughter Miley at age 12 and to cover up sex trafficking in participation with James and Lucinda Paxton, employees of the drug cartel in drug, sex and human trafficking. The evidence in this case is **Miley Cyrus**, the birth daughter of the Plaintiff, born when she was **12 years old** after being **sex trafficked. 18 U.S.C. § 1071** The defendants are harboring a fugitive.

**18 U.S.C. §2339A and 2339B:** Furthermore, while at the airports working for the drug cartel in 1991, the Plaintiff met two of the 9-11 hijackers who told her of their plot to attack buildings with their planes. Three reports were written by Plaintiff to warn lawmakers of the terrorists. One report was handed directly to Hillary Rodham Clinton at Carlsbad Caverns, NM during a campaign stop in 1992. The report contained information regarding the 9-11 hijackers and their plot. Plaintiff's memory was taken by the Defendants in 1992, and she wasn't able to share the other two reports or warn anyone else. The Defendants **directly contributed to the 9-11 terrorist attacks** by subduing, sedating, and traumatizing the memory of the Plaintiff, an eye witness to the terrorists in the process of alerting US leaders. The defendants sacrificed American lives for their own secrets to be kept and damages awarded should consider the cost of stopping a **terrorist informant**. Hillary Rodham Clinton was given the three copies of the report regarding the 9-11 terrorists and the sex trafficking in 1992 and in 2001.

**18 U.S. Code §1582 :** Plaintiff, while minor and pregnant, was locked and shipped in a shipping crate from San Carlos, Mexico to San Diego, CA with several hundred Mexicans by James Paxton. This fact instigates maritime law.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/03/2025

Signature of Plaintiff: *Jayme Lee*
Printed Name of Plaintiff: Jayme Lee

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address